■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARDO SANCHEZ, Appellant. [739 NYS2d 816] —Judgment, Supreme Court, New York County (Martin Rettinger, J., at hearing, Charles Tejada, J., at jury trial and sentence), rendered August 2, 1999, convicting defendant of criminal sale of a controlled substance in or near school grounds, criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 5 to 10 years, unanimously affirmed.

Defendant's suppression motion was properly denied. There is no basis upon which to disturb the court's credibility determinations, which are supported by the record (*see, People v Prochilo*, 41 NY2d 759, 761). The record establishes that the

arresting officer's testimony as to the detailed and specific description transmitted to him was based on his independent or refreshed recollection (see, People v Rose, 202 AD2d 189, lv denied 83 NY2d 876). Concur—Williams, P.J., Saxe, Buckley, Ellerin and Rubin, JJ.